**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Velex, Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10712 (MFW) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears as counsel to TTT Holdings, LLC in the above-captioned chapter 7 case. Pursuant to Fed. R. Bankr. P. 9010 and 11 U.S.C. § 1109(b), the undersigned requests that all notices given or required to be given in the above captioned case be given to and served upon the following:

Howard A. Cohen (DE Bar No. 4082)
Stephanie J. Slater (DE Bar No. 6922)
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: hcohen@foxrothschild.com
Email: sslater@foxrothschild.com

Trey A. Monsour (*pro hac vice* application forthcoming)
**FOX ROTHSCHILD LLP**
Saint Ann Court
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 231-5796
Facsimile: (972) 404-0516
E-mail: tmonsour@foxrothschild.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referenced in the rules specified above, but also includes, without limitation, all orders, notices, and pleadings relating to any application, motion, petition, objection, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex, or otherwise that: (1) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in this case; (2) affects, or seeks to affect (a) the above-captioned Debtor and/or its estate or (b) property or proceeds thereof in the possession, custody, or control of others that the Debtor or its estate may

seek to use; or (3) requires or seeks to require any act, delivery of any property, payment, or other conduct by TTT Holdings, LLC.

**PLEASE TAKE FURTHER NOTICE** that TTT Holdings, LLC does not, by filing this Notice of Appearance or any subsequent appearance, pleading, claim, or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance constitutes a waiver of any of its rights: (i) to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court; (ii) to trial by jury in any proceeding so triable in this case, or any controversy or proceeding related to this case; (iii) to have a U.S. District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, or recoupments to which TTT Holdings, LLC may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, or recoupments TTT Holdings, LLC expressly reserves.

Dated: June 14, 2023
      Wilmington, Delaware

                                **FOX ROTHSCHILD LLP**

By: */s/ Howard A. Cohen*
     Howard A. Cohen (DE Bar No. 4082)
     Stephanie J. Slater (DE Bar No. 6922)
     919 North Market St., Suite 300
     Wilmington, DE 19801
     Telephone: (302) 654-7444
     Facsimile: (302) 656-8920
     Email: hcohen@foxrothschild.com
     Email: sslater@foxrothschild.com

     -and-

     Trey A. Monsour (*pro hac vice* application forthcoming)
     Saint Ann Court
     2501 N Harwood Street, Suite 1800
     Dallas, TX 75201
     Telephone: (214) 231-5796
     Facsimile: (972) 404-0516
     E-mail: tmonsour@foxrothschild.com

     *Counsel to TTT Holdings, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2023, a true and correct copy of the foregoing Notice of Appearance was served through the ECF system on those persons registered to receive notice thereunder.

                                                      */s/ Howard A. Cohen*
                                                      Howard A. Cohen (DE Bar No. 4082)