# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Velex, Inc.<br><br>                    Debtor. | Chapter 7<br><br>Case No. 23-10712 (MFW) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Trey A. Monsour of Fox Rothschild LLP to represent TTT Holdings, LLC in the above-captioned case.

Dated: June 14, 2023  
Wilmington, Delaware

*/s/ Howard A. Cohen*  
Howard A. Cohen (DE No. 4082)  
Stephanie J. Slater (DE No. 6922)  
**FOX ROTHSCHILD LLP**  
919 North Market Street, Suite 300  
Wilmington, DE 19899  
Telephone: (302) 654-7444  
Email: hcohen@foxrothschild.com  
         sslater@foxrothschild.com  
*Counsel to TTT Holdings, LLC*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Trey A. Monsour*  
**FOX ROTHSCHILD LLP**  
2501 N Harwood Street, Suite 1800  
Dallas, TX 75201  
Telephone: (214) 231-5796  
Facsimile: (972) 404-0516  
E-mail: tmonsour@foxrothschild.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.